IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03199-MEH

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
BOARD OF TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND,

      Plaintiffs,

v.

SURE SHOT DRILLING, INC.,

      Defendant.

---

## DISMISSAL OF CASE WITH PREJUDICE

---

Before the Court is Plaintiffs' Notice of Dismissal [filed February 26, 2015; docket #21].

The Court finds the Notice and terms of the dismissal proper.  In accordance with Fed. R. Civ. P.

41(a)(1)(A)(i), this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees

and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 27th day of February, 2015.

BY THE COURT:

Michael E. Hegarty
United States Magistrate Judge